BOLTON v. OWEN.

1. **Pleading:** DEMURRER TO ANSWER IN DENIAL. A demurrer cannot be sustained to an answer which denies the material allegations of the petition.

*Appeal from Linn District Court.*

MONDAY, DECEMBER 21.

ACTION IN EQUITY. The defendant is the holder of a sheriff's certificate of sale of certain real estate in Linn county. The plaintiff avers that he is a junior lienholder, and as such was entitled to redeem from the sheriff's sale, and did redeem by paying, within the time allowed, the requisite amount to the clerk of the court, which redemption money so paid the defendant accepted and withdrew from the clerk, but that the defendant, notwithstanding such fact, refuses to assign to him his sheriff's certificate, as by statute he was bound to do. He prays, therefore, for a decree requiring the defendant to assign his certificate. The defendant, for answer, denied the material allegations of the petition, except the facts of the sheriff's sale and his ownership of the certificate, and denied expressly that the plaintiff was a junior lienholder. The plaintiff demurred to the answer, and the demurrer was overruled. From the ruling on the demurrers the plaintiff appeals.

*Geo. W. Wilson*, for appellant.

*Wm. F. Fitzgerald*, for appellee.

ADAMS, J.—The answer contained a denial that the plaintiff was a junior lienholder, and the demurrer admitted such fact. Without being a junior lienholder he had no right to redeem. The plaintiff, however, insists that his payment of the money for redemption, and acceptance of the

same by the defendant, should be held to estop the defendant from denying his right to redeem. But the fact of the redemption by plaintiff, and acceptance of the money by defendant, was denied. We think that the demurrer was rightly overruled.

AFFIRMED.